**IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GART KENT WEAVER, JR., AND | ) | |
| WEAVER MEDICAL GROUP, INC. | ) | |
| d/b/a WEAVER MOBILITY, | ) | |
| | ) | |
| Plaintiffs | ) | Case No. CIV-11-623-M |
| | ) | |
| v. | ) | |
| | ) | |
| JIM PATTON, individually; AND JOINT | ) | |
| TECHNOLOGY, INC. d/b/a REVERT | ) | |
| SYSTEMS, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

   COMES NOW, Paul E. Quigley of Paul Quigley Law Firm, at counsel and hereby enters his

appearance on behalf of Defendants, Jim Patton, individually and Joint Technology, Inc., d/b/a

Revert Systems, in the above captioned matter and states that he is admitted to practice before

this Court.


                              Respectfully submitted,


                              s/Paul E. Quigley_____
                              Paul E. Quigley, OBA No. 7367
                              3501 NW 63rd Street, Suite 100 South
                              Oklahoma City, Oklahoma 73116
                              (405) 858-0055
                              (405) 848-1794 Fax
                              paul@paulquigleylawfirm.com
                              *Attorney for Defendants Jim Patton and
                              Joint Technology, Inc.*

## Certificate of Service

__X__ I hereby certify that on June 9, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Jaclynn R. Loney
Heroux & Helton
6415 South Lewis Ave., Ste. 115
Tulsa, Oklahoma 74136
*Attorney for Plaintiffs*

s/Paul E. Quigley____